UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL LOVE, | ) | Case No. EDCV 15-00034-VAP (DTBx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| GUILLERMO M. OCAMPO | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: October 29, 2015

                                          VIRGINIA A. PHILLIPS
                                    United States District Judge